AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

Vincent Green
_Petitioner_

v.   Case No. 5:23cv-613-TJC-PRL
(Supplied by Clerk of Court)

Warden, USP Coleman 2
_Respondent_
(name of warden or authorized person having custody of petitioner)

"EMERGENCY"
PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

## Personal Information

1. (a) Your full name: Vincent Alexander Green
   (b) Other names you have used:
2. Place of confinement:
   (a) Name of institution: USP Coleman 2
   (b) Address: P.O. Box 1034
                Coleman, FL. 33521
   (c) Your identification number:
3. Are you currently being held on orders by:
   ☑ Federal authorities   ☐ State authorities   ☐ Other - explain:

4. Are you currently:
   ☐ A pretrial detainee (waiting for trial on criminal charges)
   ☑ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
   If you are currently serving a sentence, provide:
       (a) Name and location of court that sentenced you:
       (b) Docket number of criminal case:
       (c) Date of sentencing:
   ☐ Being held on an immigration charge
   ☐ Other (explain):

Page 2 of 10

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Decision or Action You Are Challenging

5. What are you challenging in this petition:
   - ☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)
   - ☐ Pretrial detention
   - ☐ Immigration detention
   - ☐ Detainer
   - ☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)
   - ☐ Disciplinary proceedings
   - ☑ Other (explain): The BOP has purposely miscalculated my Home Detention Eligibility Date by a total of six months. Also, the BOP refuses to submit me for RRC placement.

6. Provide more information about the decision or action you are challenging:
   (a) Name and location of the agency or court: N/A.

   (b) Docket number, case number, or opinion number: 
   (c) Decision or action you are challenging (for disciplinary proceedings, specify the penalties imposed):

   (d) Date of the decision or action:

## Your Earlier Challenges of the Decision or Action

7. **First appeal**
   Did you appeal the decision, file a grievance, or seek an administrative remedy?
   ☐ Yes   ☑ No
   (a) If "Yes," provide:
       (1) Name of the authority, agency, or court:

       (2) Date of filing:
       (3) Docket number, case number, or opinion number:
       (4) Result:
       (5) Date of result:
       (6) Issues raised:

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(b) If you answered "No," explain why you did not appeal: _I did not exhaust my administrative remedies, because the BOP has an inflexible approach regarding 18 USC § 3624, and it would have been futile._

8. **Second appeal**

    After the first appeal, did you file a second appeal to a higher authority, agency, or court?
    ☐ Yes        ☐ No
    (a) If "Yes," provide:
    
    (1) Name of the authority, agency, or court: _____
    
    (2) Date of filing: _____
    (3) Docket number, case number, or opinion number: _____
    (4) Result: _____
    (5) Date of result: _____
    (6) Issues raised: _____
    
    (b) If you answered "No," explain why you did not file a second appeal: _See above_

9. **Third appeal**

    After the second appeal, did you file a third appeal to a higher authority, agency, or court?
    ☐ Yes        ☑ No
    (a) If "Yes," provide:
    
    (1) Name of the authority, agency, or court: _____
    
    (2) Date of filing: _____
    (3) Docket number, case number, or opinion number: _____
    (4) Result: _____
    (5) Date of result: _____
    (6) Issues raised: _____

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(b) If you answered "No," explain why you did not file a third appeal: _See above._

10. **Motion under 28 U.S.C. § 2255**

   In this petition, are you challenging the validity of your conviction or sentence as imposed?
   ☐ Yes    ☑ No

   If "Yes," answer the following:

   (a) Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?
   ☐ Yes    ☐ No

   If "Yes," provide:
   (1) Name of court:
   (2) Case number:
   (3) Date of filing:
   (4) Result:
   (5) Date of result:
   (6) Issues raised:

   (b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?
   ☐ Yes    ☑ No

   If "Yes," provide:
   (1) Name of court:
   (2) Case number:
   (3) Date of filing:
   (4) Result:
   (5) Date of result:
   (6) Issues raised:

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: **N/A.**

11. **Appeals of immigration proceedings**

    Does this case concern immigration proceedings?
    ☐ Yes   ☒ No
    If "Yes," provide:
    (a) Date you were taken into immigration custody: _____
    (b) Date of the removal or reinstatement order: _____
    (c) Did you file an appeal with the Board of Immigration Appeals?
        ☐ Yes   ☐ No
        If "Yes," provide:
        (1) Date of filing: _____
        (2) Case number: _____
        (3) Result: _____
        (4) Date of result: _____
        (5) Issues raised: _____

    (d) Did you appeal the decision to the United States Court of Appeals?
        ☐ Yes   ☐ No
        If "Yes," provide:
        (1) Name of court: **N/A.**
        (2) Date of filing: _____
        (3) Case number: _____

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

    (4) Result: _____
    (5) Date of result: _____
    (6) Issues raised: _____

12. **Other appeals**
    Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?
    ☐ Yes     ☑ No
    If "Yes," provide:
    (a) Kind of petition, motion, or application: _____
    (b) Name of the authority, agency, or court: _____

    (c) Date of filing: _____
    (d) Docket number, case number, or opinion number: _____
    (e) Result: _____
    (f) Date of result: _____
    (g) Issues raised: _____

### Grounds for Your Challenge in This Petition

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

    **GROUND ONE:** The BOP is violating my Eigth Amendment, Cruel and unusual Punishment, by not allowing me the needed time to readjust to society after my incarceration, pursuant to 18 U.S.C. § 3624 (c)(1),(2).

Page 7 of 10

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
The BOP has purposely miscalculated my home detention eligibility date by (6) six months. Furthermore, the BOP refuses to submit me for Residential Reentry Center placement.

(b) Did you present Ground One in all appeals that were available to you?
☐ Yes   ☑ No

**GROUND TWO:** The BOP has violated the Second Chance Act of 2007, by refusing to review me for RRC placement between 17-19 months from my projected release date.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
I have tried speaking with my Case Manager, Ms. Rolle about my RRC recommendation and actual placement. Yet, Ms. Rolle refuses to communicate on these issues. She does this with a lot of other inmates' RRC placement.

(b) Did you present Ground Two in all appeals that were available to you?
☐ Yes   ☑ No

**GROUND THREE:** The BOP refuses to consider the five factors enumerated in 18 USC § 3621(b), when it failed to review Petitioner for RRC placement.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
See 18 USC § 3624(c).

(b) Did you present Ground Three in all appeals that were available to you?
☐ Yes   ☑ No

AO 242 (12/11)   Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR:** N/A.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Four in all appeals that were available to you?
☐ Yes      ☐ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not: N/A.

**Request for Relief**

15. State exactly what you want the court to do: 1). Petitioner seeks an Order requiring the BOP to correct his home detention eligibility date; 2). Consider the five factors enumerated in 18 USC § 3621(b) and § 3624(c); and 3). Be required to submit Petitioner for RRC placement, forthwith.

This petition is ripe for adjudication on all fronts, especially being as though Petitioner is below 17 months until his projected release date.

## Declaration Under Penalty of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system: 10/09/23 .

I declare under penalty of perjury that I am the petitioner, I have read this petition, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: 10/09/23

_V. Green_
Signature of Petitioner

Page 10 of 10